[No. 29258-4-III.   Division Three.   April 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL EUGENE ADAMS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00110-4, Donald W. Schacht, J., entered July 29, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Brown, J.

[No. 29596-6-III.   Division Three.   April 21, 2011.]

*In the Matter of the Postsentence Review of* RANDY JAMES JERRED.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01085-3, C. James Lust, J., entered September 27, 2010. *Remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 63149-7-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ASFAWESAN A. DRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06482-2, Christopher A. Washington, J., entered February 25, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Spearman, JJ.

[No. 63793-2-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08675-3, Michael J. Fox, J., entered July 13, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.